# EXHIBIT B

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| | CIVIL DIVISION |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

JEFFREY WEISEN,　　　　　　　　　　　　　　　Court File No. _____

    Plaintiff,

v.

                               **NOTICE OF FILING OF NOTICE OF REMOVAL**

KOHL'S INC. AND DDRA MAPLE
GROVE CROSSING LLC,

    Defendants.

    Defendant Kohl's Inc., pursuant to 28 U.S.C. § 1446(d), hereby file a copy of their Notice of Removal filed on November 27, 2020, in the United States District Court for the District of Minnesota (attached hereto as Exhibit 1). Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of this Notice of Filing Notice of Removal with this Court, automatically effects the removal of this action to federal court, and the above-captioned action may proceed no further in this Court unless and until such case is remanded.

Dated:  November 27, 2020　　　　　　　　　　**ROCK HUTCHINSON, PLLP**

                                                          By: */s/ Troy J. Hutchinson*
                                                              Troy J. Hutchinson (#0320420)
                                                              2050 Canadian Pacific Plaza
                                                              120 South Sixth Street
                                                               Minneapolis, MN 55402
                                                              Telephone: (612) 573-3688
                                                              Facsimile: (612) 330-0959
                                                               Email:thutchinson@rockhutchinson.com

                                                              Attorneys for Defendant Kohl's Inc.