## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY WEISEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 20-cv-02398 ) ) |
| KOHL'S INC. AND DDRA MAPLE GROVE CROSSING LLC, | ) ) ) |
| Defendants. | ) ) ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Kohl's Inc. states that is a corporation organized under the laws of the State of Delaware. Defendant Kohl's Inc. is a wholly owned subsidiary of Kohl's Corporation, which is a publicly held corporation. No other public companies own more than 10% of Defendant Kohl's Inc.'s stock or ownership interests.

Dated:  November 27, 2020

**ROCK HUTCHINSON PLLP**

By:   */s/ Troy J. Hutchinson*
Troy J. Hutchinson (#0320420)
Rock Hutchinson, PLLP
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 573-3688
Facsimile: (612) 330-0959
Email: thutchinson@rockhutchinson.com

Attorneys for Defendant Kohl's Inc.