# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY WEISEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 20-cv-02398 |
| KOHL'S INC. AND DDRA MAPLE GROVE CROSSING LLC, | ) |
| Defendants. | ) |

I hereby certify and affirm, under penalty of perjury, that on November 27, 2020, I caused the following documents:

- Notice of Removal with Exhibits A, B and Civil Cover Sheet;
- Rule 7.1 Corporate Disclosure Statement; and
- Notice of Removal in State Court

in the above-captioned matter to be served via email upon counsel for Plaintiff as follows:

- Patrick W. Michenfelder    pat@throndsetlaw.com
- Chad. A. Throndset    chad@throndsetlaw.com

Dated: November 27, 2020

**ROCK HUTCHINSON PLLP**

By:   */s/ Troy J. Hutchinson*
Troy J. Hutchinson (#0320420)
Rock Hutchinson, PLLP
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 573-3688
Facsimile: (612) 330-0959
Email: thutchinson@rockhutchinson.com

Attorneys for Defendant Kohl's Inc.