UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| **JEFFREY WEISEN**, | Case No.: 0:20-cv-02398-ECT-ECW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **KOHL'S INC. AND DDRA MAPLE GROVE CROSSING LLC,** | |
| Defendants. | |

Plaintiff, Jeffrey Weisen, by and through the undersigned counsel, hereby notifies the Court that the parties are in the process of settling this matter and executing the corresponding Settlement Agreement. Accordingly, the parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

Date: December 7, 2020                                THRONDSET MICHENFELDER, LLC

By: /s/Patrick W. Michenfelder
Patrick W. Michenfelder (#024207X)
Chad A. Throndset (#0261191)
Throndset Michenfelder, LLC
Cornerstone Building
One Central Avenue W., Suite 101
St. Michael, MN 55376
Telephone: (763) 515-6110
pat@throndsetlaw.com
chad@throndsetlaw.com

*Attorneys for Plaintiff*