UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen, | File No. 20-cv-2398 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Kohl's Inc. and DDRA Maple Grove Crossing LLC, | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice [ECF No. 12] entered into by Plaintiff and Defendants,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated: February 18, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court